# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HATFIELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TODD BARR, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00453-AWI-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO ISSUE CIVIL NEW CASE DOCUMENTS AND SUMMONSES<br><br>(ECF No. 1) |

Plaintiff Michael Hatfield, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 1, 2016. Plaintiff paid the filing fee in this action on April 4, 2016. Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to issue civil new case documents and summonses in this action.

IT IS SO ORDERED.

Dated: **April 5, 2016**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE