1

2

3

4

5

6               UNITED STATES DISTRICT COURT

7               EASTERN DISTRICT OF CALIFORNIA

8

9   MICHAEL HATFIELD,                    CASE NO. 1:16-CV-0453 AWI SAB

10                  Plaintiff
                                         ORDER CLOSING CASE IN LIGHT OF
11           v.                          NOTICE OF VOLUNTARY DISMISSAL
                                         WITH PREJUDICE
12  TODD BARR, et al.,

13                  Defendants           (Doc. No. 11)

14

15

16          On June 6, 2016, Plaintiff filed a notice of voluntary dismissal with prejudice.  See Doc.

17  No. 11.

18

19          Rule 41(a)(1), in relevant part, reads:

20          (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a
            notice of dismissal before the opposing party serves either an answer or a motion
21          for summary judgment; or (ii) a stipulation of dismissal signed by all parties who
            have appeared. . . . (B) Unless the notice or stipulation states otherwise, the
22          dismissal is without prejudice.

23  The filing of a notice of voluntary dismissal with the court automatically terminates the

24  action as to the defendants who are the subjects of the notice.  Wilson v. City of San Jose,

25  111 F.3d 688, 692 (9th Cir. 1997); Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995)

26
27          Here, no answers to Plaintiff's complaint and no motions for summary judgment have been

28  filed in this case, and it appears that no such documents have been served.  Because Plaintiff has

exercised his right to voluntarily dismiss his complaint with prejudice under Rule 41(a)(1), this case has terminated automatically.  See Fed. R. Civ. P. 41(a)(1)(A)(i); Wilson, 111 F.3d at 692.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of Plaintiff's Rule 41(a)(1) voluntary dismissal with prejudice.

IT IS SO ORDERED.

Dated:   June 7, 2016

_____

SENIOR  DISTRICT  JUDGE